

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2020

No. 04-19-00288-CV

**DCP SAND HILLS PIPELINE, LLC,**
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.,**
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-16-0033-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellant's reply brief is due March 24, 2020. On March 20, 2020, appellant filed a motion requesting a thirty day extension of time to file its brief. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file its reply brief **by April 23, 2020.**

It is so **ORDERED** on this 23rd day of March, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court